UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
OSRAM SYLVANIA INC.,

                              Plaintiff,        Case No.: 1:20-cv-09858

       -against-                     **DISCLOSURE STATEMENT**

LEDVANCE LLC,

                              Defendant.
-------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff OSRAM SYLVANIA Inc. by and through its attorneys, Moses & Singer LLP, hereby states that OSRAM SYLVANIA Inc. is a wholly owned subsidiary of OSRAM GmbH. OSRAM GmbH is a partially owned subsidiary of OSRAM BeteiligungenGmbH, which in turn is a wholly owned subsidiary of OSRAM Licht AG, a publicly traded company. The remaining shares of OSRAM GmbH are owned by OSRAM Licht AG directly. ams AG, a publicly traded company, owns more than 10% of the shares of OSRAM Licht AG. No other publicly traded company owns more than 10% of OSRAM SYLVANIA Inc.'s stock.

Dated:      New York, New York      MOSES & SINGER LLP
              November 23, 2020

                                        By:    /s/ *Toby M. J. Butterfield*
                                            Toby Butterfield
                                            405 Lexington Avenue
                                            New York, NY  10174
                                            Telephone: (212) 554-7800
                                            Facsimile: (212) 554-7700

                                      *Attorneys for Plaintiff OSRAM SYLVANIA Inc.*