UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/1/2020
```

OSRAM SYLVANIA,

                Plaintiff,

       v.

LEDVANCE LLC,

                Defendant.

No. 20-CV-9858 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    It is hereby ORDERED that counsel for both parties appear for a status conference on December 2, 2020 at 11:30 a.m.  In light of the COVID-19 crisis, the Court will hold this conference by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    December 1, 2020
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge