

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Alexandra P. Kolod
Direct Dial: 212.554.7893
Fax: (212) 554-7700
E-Mail: apkolod@mosessinger.com

January 14, 2020

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York
10007-1312

    **Re:**  Re: *Osram Sylvania Inc. v. Ledvance LLC,* 1:20-cv-09858-RA (the "Action")

Dear Judge Abrams:

  We are counsel to plaintiff Osram Sylvania Inc. ("**Sylvania**") in the above-referenced Action and write on behalf of both Sylvania and Defendant Ledvance LLC ("**Ledvance,**" and together with Sylvania, the "**Parties**") to jointly request an adjournment of the initial status conference in the Action, currently set for January 22, 2021, as well as the pre-conference submission deadlines, currently January 15, 2021.

  Given Sylvania's pending motion for a preliminary injunction (the "Motion"), and the fact that this Court provided the Parties an additional week, after argument, to submit supplemental material related to that Motion, the Parties jointly request an adjournment of at least one week of both the initial status conference and the pre-conference submission deadlines.

  Additionally, given that the decision on the Motion may impact the Parties' Case Management Plan, the Parties would not object to adjourning the initial conference and pre-conference submission deadlines until after the Motion is decided.

Respectfully submitted,

 /s/ *Alexandra P. Kolod*

Alexandra P. Kolod, Esq.

Application granted.  The initial pre-trial conference scheduled for January 22 is hereby adjourned until January 29, 2021 at 3:00 pm.  The parties shall file a joint letter with a proposed case management plan by no later than January 22, 2021.

SO ORDERED.

Hon. Ronnie Abrams
January 15, 2021