Gregg A. Paradise
LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
20 Commerce Drive
Cranford, NJ  07016
Tel:    908.654.5000

*Attorneys for Defendant Ledvance LLC*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSRAM SYLVANIA INC., | **ECF CASE** |
| Plaintiff, | Case No. 1:20-cv-09858-RA |
| v. | |
| LEDVANCE LLC, | |
| Defendant. | |
| LEDVANCE LLC, | |
| Counterclaim Plaintiff, | |
| v. | |
| OSRAM SYLVANIA INC.; OSRAM GmbH, | |
| Counterclaim Defendants. | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant/counterclaim plaintiff Ledvance LLC certifies to the best of their knowledge and belief that Ledvance LLC is wholly owned by LEDVANCE Holding LLC, a Delaware LLC, which is in turn wholly owned by LEDVANCE GmbH, a German limited

liability company. No publicly held corporation owns more than 10% of the stock of any of these entities.

Respectfully submitted,

LERNER, DAVID, LITTENBERG,
 KRUMHOLZ & MENTLIK, LLP
*Attorneys for Defendant Ledvance LLC*

Dated:  January 25, 2021

By:  s/ Gregg A. Paradise
Gregg A. Paradise
Tel:    908.654.5000
E-mail:  GParadise@ldlkm.com
         Litigation@ldlkm.com

6721548_1.docx