USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSRAM SYLVANIA INC.,

        Plaintiff,

v.

LEDVANCE LLC,

        Defendant.

No. 20-CV-9858 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 25, 2021, the Court stayed discovery of this action pending Plaintiff's appeal of this Court's January 27, 2021 order denying its motion for a preliminary injunction, ordering the parties to file a letter proposing next steps within one week of the resolution of the appeal. On June 22, 2021, it was reported to the Court that the parties had filed a stipulation withdrawing that appeal. By no later than July 9, 2021, the parties shall file the letter updating the Court on the status of this case.

SO ORDERED.

Dated:    July 6, 2021
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge