UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSRAM SYLVANIA INC., <br><br>　　　　　Plaintiff, <br>　v. <br><br>LEDVANCE LLC, <br><br>　　　　　Defendant. | No. 20-CV-9858 (RA) <br><br>ORDER |
| OSRAM SYLVANIA INC., <br><br>　　　Counterclaim Plaintiff, <br><br>　v. <br><br>LEDVANCE LLC, <br><br>　　　Counterclaim Defendant. | |
| OSRAM SYLVANIA INC., <br><br>　　　Third-Party Complaint Plaintiff, <br><br>　v. <br><br>LEDVANCE LLC, <br><br>　　　Third-Party Complaint Defendant. | |

RONNIE ABRAMS, United States District Judge:

　　A telephonic conference was previously scheduled in this matter for January 20, 2023 at 4:45 p.m. Due to an ongoing trial, the conference is hereby adjourned until January 27, 2023 at 9:00 a.m. Call-In Number: (888) 363-4749; Access Code: 1015508#.

      Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated:   January 19, 2023
            New York, New York

_____
Ronnie Abrams
United States District Judge