UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSRAM SYLVANIA INC., <br><br> Plaintiff, <br><br> v. <br><br> LEDVANCE LLC, <br><br> Defendant. | No. 20-CV-9858 (RA) <br><br> ORDER |
| LEDVANCE LLC, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> OSRAM SYLVANIA INC., <br><br> Counterclaim Defendant. | |
| LEDVANCE LLC, <br><br> Third-Party Complaint Plaintiff, <br><br> v. <br><br> OSRAM GMBH, <br><br> Counterclaim Defendant. | |

RONNIE ABRAMS, United States District Judge:

  As discussed during the January 27, 2023 conference, all discovery deadlines are hereby adjourned by one month. Accordingly, the parties shall complete all discovery by no later than June 2, 2023.

  SO ORDERED.

Dated: January 30, 2023
    New York, New York

_____
Ronnie Abrams
United States District Judge