UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSRAM SYLVANIA INC., <br><br> Plaintiff, <br><br> v. <br><br> LEDVANCE LLC, <br><br> Defendant. | No. 20-CV-9858 (RA) <br><br> ORDER |
| OSRAM SYLVANIA INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> LEDVANCE LLC, <br><br> Counterclaim Defendant. | |
| LEDVANCE LLC, <br><br> Third-Party Complaint Plaintiff, <br><br> v. <br><br> OSRAM GMBH, <br><br> Third-Party Complaint Defendant. | |

RONNIE ABRAMS, United States District Judge:

Pending before the Court is Third-Party Defendant OSRAM GmbH's motion to dismiss the Third-Party Complaint. For reasons that will follow, the motion is denied. The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 115.

By no later than March 9, 2023, the parties shall advise the Court as to their availability during the week of March 13, 2023 to discuss next steps in this action.

SO ORDERED.

Dated:   March 7, 2023
        New York, New York

_____
Ronnie Abrams
United States District Judge