UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSRAM SYLVANIA INC.,<br><br>                      Plaintiff,<br>  v.<br><br>LEDVANCE LLC,<br><br>                     Defendant. | No. 20-CV-9858 (RA)<br><br>ORDER |
| OSRAM SYLVANIA INC.,<br><br>       Counterclaim Plaintiff,<br><br>  v.<br><br>LEDVANCE LLC,<br><br>       Counterclaim Defendant. | |
| LEDVANCE LLC,<br><br>       Third-Party Complaint Plaintiff,<br><br>  v.<br><br>OSRAM GMBH,<br><br>       Third-Party Complaint Defendant. | |

RONNIE ABRAMS, United States District Judge:

The Court will hold a conference with the parties in this matter on March 15, 2023 at 3 p.m. The parties shall use the following dial-in information to call in to the conference: (888) 363-4749; Access Code: 1015508.

SO ORDERED.

Dated:    March 10, 2023
           New York, New York

_____
Ronnie Abrams
United States District Judge