UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OSRAM SYLVANIA INC.,

        Plaintiff,

v.

LEDVANCE LLC,

        Defendant.

---

LEDVANCE LLC,

        Counterclaim Plaintiff,

v.

OSRAM SYLVANIA INC.,

        Counterclaim Defendant.

---

LEDVANCE LLC,

        Third-Party Complaint Plaintiff,

v.

OSRAM GMBH,

        Counterclaim Defendant.

No. 20-CV-9858 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      For the reasons discussed during today's conference, Third-Party Defendant Osram GmbH's motion to dismiss Ledvance's Third-Party Complaint is denied with respect to the negligent misrepresentation claim, but granted as to its common law fraud and tortious interference claims. No later than March 24, 2023, the parties shall submit an amended proposed case

management plan that includes a discovery schedule with respect to Ledvance's Third-Party Complaint and counterclaims.

SO ORDERED.

Dated:   March 15, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge