UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSRAM SYLVANIA INC., <br><br> Plaintiff, <br><br> v. <br><br> LEDVANCE LLC, <br><br> Defendant. | No. 20-CV-9858 (RA) <br><br> ORDER |
| LEDVANCE LLC, <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> OSRAM SYLVANIA INC., <br><br> Counterclaim Defendant. | |
| LEDVANCE LLC, <br><br> Third-Party Complaint Plaintiff, <br><br> v. <br><br> OSRAM GMBH, <br><br> Counterclaim Defendant. | |

RONNIE ABRAMS, United States District Judge:

On March 27, 2023, the Court ordered an amended case management plan that set a deadline for the end of fact discovery for May 31, 2023. The Court did not, however, set a date for a post-fact discovery conference.

Accordingly, a post-fact discovery conference is scheduled for June 9, 2023 at 4:00 p.m. The Court will hold the conference by telephone unless the parties request otherwise. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be held at a different time.

No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:     May 5, 2023
           New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge