UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSRAM SYLVANIA INC., <br><br> Plaintiff, <br><br> -against- <br><br> LEDVANCE LLC, <br><br> Defendant. | 20-cv-9858 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the conference held before the Court on September 13, 2023, the Court ORDERS the following:

1. For the reasons stated at the September 13 conference, Defendant's motion to compel is DENIED AS MOOT. The Clerk of Court is directed to close ECF No. 146.

2. The summary-judgment deadlines are as follows: motions due by January 15, 2024; opposition papers due by February 5, 2024; reply papers due by February 19, 2024.

3. The final pretrial conference will be held on March 4, 2024, at 2:00 p.m.

4. The parties should meet and confer and then inform the Court by email (SubramanianNYSDChambers@nysd.uscourts.gov) by **September 20, 2023, at 5:00 p.m.**, of any blackout periods for trial dates in March and April.

SO ORDERED.

Dated: September 14, 2023
New York, New York

ARUN SUBRAMANIAN
United States District Judge