UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OSRAM SYLVANIA INC.,

                Plaintiff,

    -against-

LEDVANCE LLC,

                Defendant.

20-cv-9858 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    In advance of Monday's final pretrial conference, the parties shall meet and confer, for not less than thirty minutes, to discuss settlement. The parties should also be prepared to discuss settlement at the final pretrial conference, and they should have their clients' principal decision-makers available, either in person or by telephone. The parties should submit applications to bring their devices into the courthouse if they will need to speak to the principal decision-maker by phone.

    SO ORDERED.

Dated: February 28, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                     United States District Judge