UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSRAM SYLVANIA INC.,<br><br>      Plaintiff<br><br>  -against-<br><br>LEDVANCE LLC,<br><br>      Defendant. | 20-cv-9858 (AS)<br><br><u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

  As noted during the March 19 conference, the Court will hold another call tomorrow at 11 a.m. The parties should dial 646-453-4442 and enter ID number 533 136 499#.

  SO ORDERED.

Dated: March 19, 2024
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge