UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OSRAM SYLVANIA INC., <br><br>          Plaintiff, <br><br>    -against- <br><br> LEDVANCE LLC, <br><br>          Defendant. | 20-cv-9858 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

   As noted during the March 20 conference, if the March 28 conference goes forward, it will be held remotely. The parties should dial 646-453-4442 and enter conference ID 508 111 332#.

   SO ORDERED.

Dated: March 21, 2024
    New York, New York

                      _____
                         ARUN SUBRAMANIAN
                       United States District Judge